```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 09043
   LISA R JONES
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-2683

---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/14/08 .

   2.  The case was dismissed without confirmation, 05/16/2008.

---------------------------------------------------------------------------
CREDITOR NAME                CLASS       CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                             PAID         PAID
---------------------------------------------------------------------------

        Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00         .00         .00           .00
PRINCIPAL PAID          .00        .00         .00         .00           .00
INTEREST PAID           .00        .00         .00         .00           .00
TOTAL PAID              .00        .00         .00         .00           .00
The Debtor's attorney, PRO SE DEBTOR                , was allowed $     .00
and was paid $      .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $        .00 .




    Dated: 08/20/08             /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE
```

```
                                         PAGE   2
         CASE NO. 08 B 09043 LISA R JONES
```